UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAJOR GENERAL TYLER, JR.,

    Defendant.

Case: 4:21−cr−20250
Assigned To : Davis, Stephanie Dawkins
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 4/9/2021
Description: INFO USA V. TYLER (NA)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm

On or about November 25, 2020, in the Eastern District of Michigan, MAJOR GENERAL TYLER, JR., knowing that he had been convicted of a crime or crimes punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus Millennium, Model G2C, 9 millimeter semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461. Upon conviction of the offense charged in Count One of this Information, MAJOR GENERAL TYLER, JR., shall forfeit to the United States, any firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to a Taurus Millennium, Model G2C, 9 millimeter semi-automatic pistol and 26 rounds of 9 millimeter ammunition.

Dated: April 9, 2021
SAIMA S. MOHSIN
Acting United States Attorney

_____
NANCY A. ABRAHAM
Assistant United States Attorney
2nd Floor Federal Building
600 Church Street
Flint, MI 48502
(810) 766-5177

_____
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>4:21−cr−20250 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☐ No | **AUSA's Initials:** NAA |

**Case Title:** USA v. MAJOR GENERAL TYLER, JR.

**County where offense occurred:** Genesee

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/__X__Information --- based upon prior complaint [**Case number:** 21-mj-30047   ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 9, 2021
Date

s/NANCY A. ABRAHAM
Assistant United States Attorney
600 Church Street
Flint, Michigan 48502
Phone: 810-766-5177
Fax: 810-766-5427
E-Mail address: nancy.abraham@usdoj.gov
Attorney Bar #: P42060

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.